SEYFARTH SHAW LLP
Joseph A. Escarez (SBN 266644)
jescarez@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
  ARINC INCORPORATED

McKENNON LAW GROUP PC
Robert J. McKennon (SBN 123176)
*rm@mckennonlawgroup.com*
Scott E. Calvert (SBN 210787)
*scmckennon1awgroup.com*
David S. Rankin (SBN 270326)
*drrnckennonlawgroup.com*
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Tel:   (949) 387-9595
Fax:   (949) 385-5165

Attorneys for Plaintiff
  MELANIE REIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE REIS,<br><br>                Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; ARINC INCORPORATED, a Maryland corporation; and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No. 2:16-cv-04679-R-KS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  August 1, 2016 |

# ORDER

The Stipulation of Dismissal with Prejudice filed by plaintiff Melanie Reis ("Plaintiff"), and Defendant ARINC Incorporated ("ARINC"), is **GRANTED** and it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a), this entire action shall be, and is, dismissed **WITH PREJUDICE** as to all claims asserted by Plaintiff against ARINC, and the parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 18, 2016

The Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE